James C. Krieg [SBN 77069]
Allison Lane Cooper [SBN 152384]
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

Attorneys for Defendant
AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| THE DOCTORS COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, and Does 1 to 100, inclusive, <br><br> Defendants. | Case No.: C 07 1087 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT** |

Plaintiff The Doctors Company, an Interinsurance Exchange ("TDC") and Defendant American International Specialty Lines Insurance Company ("AISLIC"), stipulate as follows and respectfully request that the Court enter the parties' proposed order appended to this stipulation.

1

STIPUALATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT
CASE NO.: C 07 1087 JSW

1. On January 23, 2007, TDC filed its Complaint against AISLIC in the Superior Court for the State of California, in and for the county of Napa, Case No. 26-36415 (the "State Court").

2. On January 24, 2007, TDC filed its First Amended Complaint against AISLIC in the State Court.

3. On February 22, 2007, AISLIC answered the First Amended Complaint in State Court, and filed a Notice of Removal of the action to this Court (Docket No. 1).

4. In the Notice of Removal, AISLIC alleged, as a basis for invoking this Court's jurisdiction, diversity of citizenship, as the complaint demonstrated that TDC is an interinsurance exchange formed and existing under the laws of California, with its principal place of business in Napa, California, and AISLIC is an Alaska corporation.

5. After AISLIC removed the case to this Court, TDC asserted that there was no diversity of citizenship, and the parties began meet and confer efforts to resolve the diversity issue.

6. On March 26, 2007, TDC filed its Motion to Remand the case to State Court (Docket No. 10). In its Motion to Remand, TDC requested the imposition of sanctions against AISLIC for improper removal.

7. On March 27, 2007, TDC filed its Amended Notice of Motion and Motion to Remand (Docket No. 15).

8. Subsequent to the filing of the Motion to Remand, the parties continued their meet and confer efforts with regard to the diversity issue.

9. Based on information it received from TDC and the California Department of Insurance after TDC filed its Motion to Remand, it now appears to AISLIC that there is not complete diversity of citizenship between the parties, and that it is appropriate to remand this action to the State Court.

10. Based on the foregoing, TDC agrees to withdraw with its Motion to Remand and its request for sanctions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

11. The parties consent and agree to this Court's remand of the action to the State Court.

12. AISLIC agrees that TDC has not waived its right to recover its fees in connection with the removal of this action at the conclusion of this matter should it prevail, pursuant to *Brandt v. Superior Court,* 37 Cal.3d 813 (1985).

13. TDC agrees that AISLIC is not waiving its right to contest the reasonableness of the fees incurred by TDC in connection with the removal of this matter.

Dated: April 6, 2007       THELEN, REID, BROWN, RAYSMAN & STEINER LLP


By:     /s/ John A. Chatowski
        JOHN A. CHATOWSKI
        Attorneys for Plaintiff
        THE DOCTORS COMPANY


Dated: April 6, 2007       KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By:     /s/ Allison Lane Cooper
        ALLISON LANE COOPER
        Attorneys for Defendant
        AMERICAN INTERNATIONAL
        SPECIALTY LINES INSURANCE
        COMPANY

3

STIPUALATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT
CASE NO.: C 07 1087 JSW

1  Good cause appearing,

2  IT IS HEREBY ORDERED that this action shall be remanded to the Superior Court
3  of the State of California, in and for the County of Napa.

5  DATED: April 6, 2007         _____
                                 *Jeffrey S. White*
6                                HONORABLE JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

4